862

No. 78–71. Silver Dollar Mining Co. et al. v. PVO International, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 78–75. Battin v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78–76. Elliott v. Arkansas State Medical Board. Sup. Ct. Ark. Certiorari denied.

No. 78–77. Rasmussen Drilling, Inc. v. Kerr-McGee Nuclear Corp. et al. C. A. 10th Cir. Certiorari denied.

No. 78–82. Gray v. United States; and
No. 78–5045. Rooks v. United States. C. A. 8th Cir. Certiorari denied. Reported below: 577 F. 2d 33.

No. 78–85. Boone et al. v. J & M McKee. Sup. Ct. Ark. Certiorari denied.

No. 78–86. Lee, Acting Governor of Maryland, et al. v. Department of Health, Education, and Welfare et al. C. A. 4th Cir. Certiorari denied.

No. 78–95. National Highway Traffic Safety Administration et al. v. PACCAR, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 78–98. Graves Truck Line, Inc. v. Appleton Electric Co. C. A. 7th Cir. Certiorari denied.

No. 78–102. Barna et al. v. United States. C. A. 3d Cir. Certiorari denied.